

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Simon Madrid Garcia Jr.,     * From the 441st District Court
               of Midland County
               Trial Court No. CR46871.

Vs. No. 11-17-00318-CR     * December 31, 2019

The State of Texas,       * Opinion by Stretcher, J.
               (Panel consists of: Bailey, C.J.,
               Stretcher, J., and Wright, S.C.J., sitting
               by assignment)
               (Willson, J., not participating)

   This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.